# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RYAN BATEMAN,<br><br>    Plaintiff<br><br>v.<br><br>HAWKER ENERGY, INC., et al.,<br><br>    Defendants | Case No.: 2:20-cv-02049-APG-NJK<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of plaintiff Ryan Bateman's response to the order to show cause (ECF No. 6),

I ORDER that the order to show cause (ECF No. 4) is deemed satisfied and I will not dismiss this case for lack of subject matter jurisdiction at this time.

DATED this 7th day of December, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE