# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RYAN BATEMAN,<br>     Plaintiff(s),<br>v.<br>HAWKER ENERGY, INC., et al.,<br>     Defendant(s). | Case No.: 2:20-cv-02049-APG-NJK<br><br>**Order**<br><br>[Docket Nos. 17-18] |

Pending before the Court is a proof of service related to initial disclosures. Docket No. 17; *see also* Docket No. 18 (corrected image). Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket unless ordered by the Court. Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced documents, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: April 14, 2021

                                                              _____
                                                              Nancy J. Koppe
                                                              United States Magistrate Judge