# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RYAN BATEMAN,<br><br>    Plaintiff(s),<br><br>v.<br><br>HAWKER ENERGY, INC., et al.,<br><br>    Defendant(s). | Case No.: 2:20-cv-02049-APG-NJK<br><br>**Order**<br><br>[Docket No. 15] |

Pending before the Court is Defendants' motion to stay discovery pending resolution of their motion to dismiss. Docket No. 15; *see also* Docket No. 11 (motion to dismiss). Plaintiff did not respond to either the motion to stay discovery or the motion to dismiss. Considering the governing standards, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), the Court finds that a stay of discovery is appropriate in this case.

Accordingly, the motion to stay discovery is **GRANTED**. In the event resolution of the motion to dismiss does not result in the ending of this case, a joint proposed discovery plan must be filed within 14 days of the issuance of that order.

IT IS SO ORDERED.

Dated: April 20, 2021

_____
Nancy J. Koppe
United States Magistrate Judge