# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RYAN BATEMAN,<br><br>    Plaintiff(s),<br><br>v.<br><br>HAWKER ENERGY, INC., et al.,<br><br>    Defendant(s). | Case No. 2:20-cv-02049-APG-NJK<br><br>**Order**<br><br>[Docket No. 50] |

Pending before the Court is Defendants' motion to stay discovery pending resolution of their motion to dismiss. Docket No. 50; *see also* Docket No. 28 (motion to dismiss).[1] Plaintiff filed a response in opposition. Docket No. 53; *see also* Docket No. 38 (response to motion to dismiss). The deadline for filing a reply has expired. *See* Local Rule 7-2(b). Considering the governing standards, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), the Court finds that a stay of discovery is appropriate in this case.

Accordingly, the motion to stay discovery is **GRANTED**. In the event resolution of the motion to dismiss does not result in the ending of this case, a joint proposed discovery plan must be filed within 14 days of the issuance of that order.

IT IS SO ORDERED.

Dated: September 8, 2021

                                          Nancy J. Koppe
                                          United States Magistrate Judge

---

[1] The Court previously granted a motion to stay discovery in this case. Docket No. 20. Defendants' initial motion to dismiss was later granted with Plaintiff being afforded an opportunity to amend. Docket No. 22. The instant motion to stay discovery is predicated on Defendants' motion to dismiss the amended complaint. Docket No. 28.

1